Robert Wooten

2478 Buskirk ST.

Stockton CA. 95206

{209} 992-8101

PRO SE

Case: 1:20-cv-03037
Assigned To : Contreras, Rudolph
Assign. Date : 10/16/2020
Description: Pro Se Gen. Civ. (F–DECK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Wooten,<br>Petitioner;<br>V<br>THE UNITED STATES SENATE, ET AL | PETITION FOR REDRESS: RE ARTICLE II<br>REQUEST FOR EMERGENCY RELIEF:<br>RE: STAY OF PROCEEDINGS: BARRETT<br>SENATE CONFIRMATION HERING |

PETITION

Petitioner, Robert Wooten, moves the Court for entry of judgment in Petitioners behalf against the United States Senate, its Speaker, Mitch McConnell; for violations against the United States Constitution: and, in Petitioners favor avers:

   1. Petitioner is a citizen of the United States, residing in the City of Stockton. San Joaquin County, California. Defendant is the United States Senate and its Speaker, Mitch McConnell.

   2. This Petition is brought under authority of the Third Clause of the First Amendment: Freedom of Speech; and the Sixth Clause of that Amendment; the Right to Petition the government for a Redress of Grievances.

   3. Because the Petition alleges a violation of the Constitution by the U.S. Senate; and seeks to redress that improper action, or lack thereof, the Petition proceeds directly under

1

authority of the Constitution itself and no allegation of "standing" is required. Every violation of the law constitutes an injury to The People. A continuing violation, as alleged here, constitutes irreparable harm. As there is no other immediate remedy available under the law; and as the facts alleged here, if found to be true, constitute a Constitutional crisis; this Court should be compelled to accept legal cognizance of these allegations and resolve the conflict.

4. The Petition alleges a violation of Article II of the Constitution by the Speaker of the Senate, Mitch McConnell.

5. Article II, Section 2. Enumerates the powers of the President. In its pertinent parts., it reads, "He {the President} shall have power, …. {to} nominate, and by and with the Advice and Consent Of the Senate, shall appoint ….. Judges of the Supreme Court."

6. From the plain reading of the words of Article II of the Constitution, the appointment of Judges to the Supreme Court is a single, two-step, procedure. The President nominates, "AND" by and with ….. The word "AND" is used here as a conjunctive. It joins the two actions; the nomination of the President "AND" the appointment, {the Advice and Consent of the Senate), into a single, two-step, procedure. . The Senate MUST, under COMMAND of a Constitutional mandate, render its Advice and Consent.

7. In the statement "by and with," the word "by" is understood to mean "in conformity with" the rules, {of the nomination} commanded by the Constitution. Webster's College Dictionary p. 118. The requirements; the nomination and the appointment, may not be separated: particularly by a single United States Senator. A majority of Senators present at the confirmation hearing may rebuff the President; but not a single U. S. Senator.

8. Otherwise, the Constitution would make the Speaker of the Senate more powerful than the President. The Speaker would, (and has), wielded more constitutional authority than the President. That can never be argued to have been the intention of the Constitutional Convention; to make the Speaker of the Senate more powerful than the President of the United States.

9. The Senate may provide a "check" against the nomination of the President. This would keep the President from "stacking" the Court with Judges of one political persuasion; as

McConnell now appears to be attempting to do; but the Senate may not refuse to act, as McConnell has done in regard to President Obamas nomination of Judge Merrick Garland.

10. Once the President nominates, the Senate is without constitutional authority to withhold its Advice and Consent. Although the Senate is empowered to make its own Senate rules; it cannot create a rule which permits it to violate a Constitutional directive as McConnell has done in regards to Judge Garland..

11. Although the Senate has traditionally withheld its Advice in the form of a written communication, it must hold a hearing to express its concerns in regard to the nomination of the President.

12. Generally, it can be said the "WILL" of the People is expressed by its selection of the President. Here, the "WILL" of the People, expressed by the election of President Obama, has been thwarted by the improper actions of the Senate Speaker, McConnell.

13. The Speaker is a democratic tyrant. He has abandoned the rules of civility that should control actions of politicians in regard to one another. He has rejected the "WILL" of the People as reflected in the election of Obama. He has rejected the plain meaning of the Constitution.

14. The Senate MUST render some form of Advice and Consent on Judge Garlands nomination. The confirmation of Judge Barrett must be delayed UNTIL the hearing of Judge Garland has been completed.

15. It is the understanding of Petitioner that this is not the first time that this scenario has played on the U.S. political scene. Those that support an immediate hearing for Judge Barrett argue that past precedent allows for her confirmation at this time. However, prior precedent has no bearing on a proper interpretation of the Constitution. The fact that corrupt politicians have acted improperly in the past, does not sanction contemporary improprieties.

16. That improper argument, (precedent controls interpretation), lends significance to this Petition. Past wrongs do not legitimize current improprieties. The Constitution must be properly interpreted and enforced.

17. The different branches of the government must be compelled to act in harmony with one another instead of operating in the acrimonious manner in which they now exist. The

Speaker of the Senate disrespected not only the President, but also the American People that elected President Obama. Not to mention the Constitution, and the Rule of Law, by refusing to even consider the nomination of Judge Garland.

18. Now, under an almost identical situation, McConnell would rush through a confirmation hearing for political purposes; in other words he would "stack" the Court with political conservatives.

19. Should the Speaker of the Senate, elected by a majority of voters of one state, (one fiftieth), wield more constitutional power than the President of the United States, elected by a majority of voters of the whole body.

20. Should a politician be able to manipulate the Constitution for his own private political aspirations. Should the Court be allowed to become a political pawn, to sanction the desires of the political Party that appointed it to office. What then, would become of the Constitution. It would be nothing more than a door mat; for politicians to wipe their corrupt feet on.

21. The Constitution should not be deemed to be a political instrument; to be manipulated by corrupt politicians to advance their own political agendas and personal aspirations: even if it contains political directives. Rather, the Constitution should be viewed as a CHARTER of natural rights; outlining the inalienable laws of Nature and Natures' GOD: recognizing the universal equality of all people; while bowing to the indelible fact that ALL MEN are basically corrupt and must be controlled. That is the purpose of laws.

22. That is the purpose of the Constitution; to control the political actions of the People of these United States. Therein lies the significance of the proper interpretation and enforcement of the Constitution: to prevent the abuse, and protect the rights of, the American People.

23. Here, in the revelation of this understanding stands Speaker McConnell. Caught, if you will, with his pants down. Not only must the government be one of checks and balances, in regard to the branches of government; but it must also be one of checks and balances for the politicians who manipulate the affairs of government. The judicial branch must now "check" the improper actions of Speaker McConnell by properly injecting the proper rule of law.

24. Perhaps that is why the FOUNDERS wrote the Petition Clause into the First Amendmen immediately after Freedom of Speech, giving the individual citizen, such as Petitioner, not only the freedom to speak, but the authority to have that speech heard in a public forum.

25. Every individual in these United States, whether a citizen or not, who enjoys benefits under this Constitution, has not only a duty, but an obligation, to attempt to uphold and enforce the integrity of this Constitution against any and all that would attempt to violate its directives.

26. Perhaps that is what animates Petitioner to request this emergency relief: a desire to see that the Constitution is enforced as it was meant to be enforced by those who drafted and adopted it.

27. IT IS THE PRAYER OF THE PETITIONER: that this Court would determine that Speaker of the Senate, Mitch McConnell, has improperly manipulated the Constitution of the United States for his own private purposes; that these improper actions are, and ought to be, set aside and the confirmation hearings of Judge Barrett are stayed until those of Judge Garland have been conducted: and the Constitution of the United States has been properly interpreted and enforced.

10-15-20                                                                               R. Woothe